No. 01–10162. McKINNEY v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–10213. BOWMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10221. WHITE v. RIVERFRONT STATE PRISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10233. HANDY v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 01–10240. MOBLEY v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10278. THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10323. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10337. LACORSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10372. AVANTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10391. DIXON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10410. NELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10411. JENKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10415. MARMOLEJO-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10416. LOPEZ-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10419. GOMEZ-LEPE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.